# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137006

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

                 SC: 137006
                 COA: 285516
                 St. Clair CC: 06-003069-FH

JOHN JAY SEARLE,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the June 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008          _____
                    Clerk

s1117